IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:26-cv-00438

| | |
|---|---|
| ANTHONY STEPHENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ATRIUM HEALTH, | ) |
| | ) |
| Defendant. | ) |

## <u>NOTICE OF REMOVAL</u>

In accordance with 28 U.S.C. § 1446, Defendant the Charlotte-Mecklenburg Hospital Authority d/b/a Atrium Health respectfully gives notice of the removal of the above-captioned case from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina. This removal is based on the following grounds:

1. Anthony Stephens ("Stephens" or "Plaintiff") commenced this action in the Superior Court of Mecklenburg County, North Carolina on May 4, 2026. The case was assigned Case Number 26CV024701-590. Copies of all process, pleadings, and orders served upon or otherwise delivered to Defendant in this action, as well as other documents from the Superior Court file are attached as **Exhibits A–F**.

2. Plaintiff served Defendant on May 5, 2026.

3. In the Complaint, Plaintiff purports to assert claims for alleged violations of the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq*. ("FMLA").

4.     Because the alleged FMLA claims arise under the laws of the United States and the resolution of them will depend upon determinations of substantial questions of federal law, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331.

5.     This civil action may properly be removed from the Superior Court of North Carolina to this Court. 28 U.S.C. §§ 1441(a)-(b).

6.     This removal complies with all procedural requirements. 28 U.S.C. § 1446.

   a.   In accordance with 28 U.S.C. § 1446(a) a true and accurate copy of the state court file, which includes the process and pleadings filed in the State Court Action, is attached to this Notice of Removal as **Exhibits A–F**.

   b.   Plaintiff's Complaint was filed on May 4, 2026. Defendant was served on May 5, 2025. Accordingly, this Notice of Removal is timely filed within the 30-day time frame provided by 28 U.S.C. § 1446(b).

   c.   Promptly after this Notice of Removal is filed, Defendant will give written notice of the removal of this action to all adverse parties and will file a copy of the Notice of Removal with the Clerk of the Superior Court of Mecklenburg County, North Carolina.

   d.   Defendant consents to removal of this action.

8.     Defendant reserves the right to amend or supplement this Notice of Removal and reserve all rights and defenses, including those available under Federal Rule of Civil Procedure 12.

9.     By filing this Notice of Removal, Defendant does not waive any jurisdictional or other defenses that might be available to it.

2

WHEREFORE, Defendant respectfully requests that the State Court Action be removed from the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina, in accordance with 28 U.S.C. § 1441, and for such further legal, equitable, or other relief that the Court deems just and proper.

Dated: June 3, 2026.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

s/ *Kerry A. Shad*
Kerry A. Shad
N.C. State Bar No. 18410
Danielle B. Dobosz
N.C. State Bar. No. 59293
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone:  (919) 821-1220
Facsimile:   (919) 821-6800
kshad@smithlaw.com
ddobosz@smithlaw.com

*Attorneys for Defendant*

3

<u>CERTIFICATE OF SERVICE</u>

This is to certify that on this day the undersigned has this date served the foregoing in the above-entitled action upon all other parties to this cause by U.S. Mail addressed to the following parties:

Anthony Stephens
320 West 30th Street
Charlotte, NC
anthonystephens24@gmail.com
*Pro Se Plaintiff*

Dated: June 3, 2026.

SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, LLP

s/ *Kerry A. Shad*
Kerry A. Shad
N.C. State Bar No. 18410
Danielle B. Dobosz
N.C. State Bar No. 59293
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-1220
Facsimile: (919) 821-6800
kshad@smithlaw.com
ddobosz@smithlaw.com

*Attorneys for Defendant*